UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANITA WEAVER,

  Plaintiff,

-VS-                                               CASE NO.: 6:14-cv-355-Orl-28KRS

NATIONAL ATTORNEY SERVICES, LLC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Anita Weaver, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, National Attorney Services, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of December 2014.

                                                                       */s/Jared M. Lee*
                                                                       Jared Michael Lee, Esquire
                                                                       Morgan & Morgan, P.A.
                                                                       20 N. Orange Ave., Suite 1600
                                                                       Orlando, FL 32801
                                                                       T: 407-420-1414
                                                                       F: 407-245-34858
                                                                       JLee@ForThePeople.com
                                                                       Florida Bar #: 0052284
                                                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December 2014, a copy of the foregoing was filed via the Court's CM/ECF filing system providing a copy to all counsel of record.

Dayle M. Van Hoose, Esquire
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
dvanhoose@sessions-law.biz
apressler@sessions-law.biz
ramorris@sessions-law.biz

                                        */s/ Jared M. Lee*_____
                                        Attorney for Plaintiff